**Form B18** (Official Form 18)(10/05)

# United States Bankruptcy Court

Northern District of Texas
**Case No. <u>05–85789–rcm7</u>**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James M. Nizio
   aka Jimmy Nizio
   1199 Cobblestone Dr.
   Frisco, TX 75035

Social Security No.:
   xxx–xx–8185

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                BY THE COURT

Dated: <u>4/6/06</u>                                   <u>Robert C. McGuire</u>
                                                       United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case and may apply to cases filed on or after October 17, 2005 are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF SERVICE

```
District/off: 0539-3           User: admin              Page 1 of 1              Date Rcvd: Apr 07, 2006
Case: 05-85789                 Form ID: b18             Total Served: 18

The following entities were served by first class mail on Apr 09, 2006.
db         James M. Nizio,   1199 Cobblestone Dr.,   Frisco, TX   75035
9777293   +ATT Wireless,   Acct. 9643,   700 Longwater Dr.,   Norwell, MA 02061-1624
9777294   +Blakely Witt and Assoc,   Acct. 5810,   802 E. Hwy 80,   Mesquite, TX 75149-1555
9777295   +Citi Auto,   Acct. 3227,   2208 Hwy. 121, Suite 100,   Bedford, TX 76021-5981
9777296   +Cornwell Quality Tools,   Acct. 8011,   667 Seville Rd.,   Wadsworth, OH 44281-1077
9777297   +First Collection Services,   Acct. 5592,   10925 Otter Creek E,   Mabelvale, AR 72103-1661
9777298   +Global Payments Check RE,   Acct. 5633, 5632,   7050 Union Pack Ctr,   Midvale, UT 84047-4169
9777299   +Green Point Credit,   Acct. 2130,   P.O. Box 969085,   San Diego, CA 92196-9085
9777300   +Kens Tool Sales,   10575 Sam Reynolds Rd.,   Justin, TX 76247-7850
9777301   +LVNV Funding,   Acct. 2668,   P.O. Box 10497,   Greenville, SC 29603-0497
9777302   +Midland Credit Managment,   Acct. 0792,   P.O. Box 939019,   San Diego, CA 92193-9019
9777303   +NCO,   Acct. 1563,   P.O. Box 8547,   Philadelphia, PA 19101-8547
9777304   +OSI Collection Svcs,   Acct. 5725,   2425 Commerce Ave., Suite 10,   Dulutt, GA 30096-8913
9777305   +Point Bank,   Acct. 5000,   P.O. Box 278,   Pilot Point, TX 76258-0278
9777306   +Portfolio Recovery,   Acct. 9910,   120 Corporate Blvd., Suite 1,   Norfolk, VA 23502-4962
9777307    Retail Services HSBC,   Acct. 2668,   P.O. Box 703,   Wood Dale, IL 60191-0703
9777308   +Superior Asset Management,   Acct. 8508,   P.O. Box 5789,   Clearwater, FL 33758-5789
9777309   +TXU Electric,   Acct. 1225,   P.O. Box 666565,   Dallas, TX 75266-6565

The following entities were served by electronic transmission on Apr 08, 2006 and receipt of the transmission
was confirmed on:
9777302   +EDI: MID8.COM Apr 07 2006 21:36:00   Midland Credit Managment,   Acct. 0792,   P.O. Box 939019,
           San Diego, CA 92193-9019
9777307    EDI: HFC.COM Apr 07 2006 21:35:00   Retail Services HSBC,   Acct. 2668,   P.O. Box 703,
           Wood Dale, IL 60191-0703
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 09, 2006**      Signature:  *Joseph Speetjens*